## ROBERT HAGERMAN *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Hagerman's petition for certification for appeal from the Appellate Court, 124 Conn. App. 909 (AC 31358), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided December 8, 2010

## DEBRA L. SZYMASZEK *v.* MICHAEL SZYMASZEK

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 906 (AC 31361), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Barry T. Pontolillo*, in support of the petition.

*William J. Forbes*, in opposition.

Decided December 8, 2010